**Dexter Alphonso KESS, Petitioner–Appellant,**

v.

**STATE COMMISSIONER, # 2116; Mr. Burns, Respondents–Appellees.**

No. 13–7967.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Dexter Alphonso Kess, Appellant Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dexter Alphonso Kess appeals from the district court's order dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kess v. State Comm'r, #2116*, No. 8:13–cv–3363–DKC (D.Md. Nov. 20, 2013). We deny Kess' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*